ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 0 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | Criminal Indictment |
|---|---|
| v. | |
| BILLY CALHOUN | No. 1:21CR-150 |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning in or about August 2019 and continuing until in or about December 2019, in the Northern District of Georgia, the defendant, BILLY CALHOUN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female, C.B., to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported in interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**Count Two**

In or about January 2020, in the Northern District of Georgia, the defendant, BILLY CALHOUN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female, A.C., to engage in sexually explicit conduct, as defined in

Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported in interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Three

In or about February 2020, in the Northern District of Georgia, the defendant, BILLY CALHOUN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female, J.T., to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported in interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Four

On or about February 15, 2020, in the Northern District of Georgia, the defendant, BILLY CALHOUN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female, A.J., to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported in interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Five

On or about February 25, 2020, in the Northern District of Georgia, the defendant, BILLY CALHOUN, did knowingly possess at least one cell phone, thumb drive, and USB drive, all of which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been produced using materials which had been shipped and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of one or more of the offenses alleged in Counts One through Four in this Indictment, the defendant, BILLY CALHOUN, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense. The property to be forfeited includes, but is not limited to, the following:
   - One Plus Model GM1915.

Upon conviction of the offense alleged in Count Five in this Indictment, the defendant, BILLY CALHOUN, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. One Plus Model GM1915.
   b. Removable Disk E SanDisk Ultra Plus memory card;
   c. Store N Go Verbatim thumb drive;
   d. USB Drive F SanDisk thumb drive;
   e. USB Drive (H) Sony Memory Stick Pro Duo thumb drive; and
   f. USB30FB (PNY) thumb drive.

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c).

A _____TRUE_____ BILL

_____/s/ Foreperson_____
FOREPERSON

KURT R. ERSKINE
*Acting United States Attorney*

ALEX R. SISTLA
*Assistant United States Attorney*
Georgia Bar No. 845602

KATIE TERRY
*Assistant United States Attorney*
Georgia Bar No. 229887

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181