# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00150-WMR-LTW
## USA v. Calhoun
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 10/17/2023.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:00 P.M.          COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:00                      DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Billy Calhoun Present at proceedings |
| ATTORNEY(S) PRESENT: | Mildred Dunn representing Billy Calhoun<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Court heard from both attorneys. Defendant allocuted. Defendant sentenced as to Count 2 of the Criminal Indictment and advised of appeal rights. See Judgment and Commitment for sentence. CUSM |